THE STATE v. FARR, Appellant.

Division Two, May 19, 1903.

Appeals: NO BILL OF EXCEPTIONS.   If appellant filed no bill of exceptions and there are no errors in the indictment or other matters of record proper, the judgment will be affirmed.

Appeal from Buchanan Criminal Court.—*Hon. B. J. Casteel,* Judge.

AFFIRMED.

*T. W. Harl* for appellant.

*Edward C. Crow,* Attorney-General, for the State.

FOX, J.—The appellant in this case, Samuel Farr, was indicted by the grand jury in the Buchanan County Criminal Court on the 26th day of June, 1901. The indictment contained two counts:    one charged a felonious wounding with a deadly weapon; the other was predicated upon section 1849, Revised Statutes 1899, and charged that defendant, through culpable negligence, with a deadly and dangerous weapon, maimed, wounded and disfigured, one Ada Sprangler.

Defendant waived formal arraignment; was tried and convicted of the offense as charged in the second count of the indictment, and his punishment assessed at a fine of one hundred dollars.    From this judgment defendant appealed.

Appellant failed to file any bill of exceptions, preserving any errors of which he may have supposed he had the right to complain.    Hence, upon this appeal, there is nothing before us for review, except the record proper.    We have carefully examined the indictment, and find that it conforms to the approved precedents, and that it properly charges all the elements constituting the offense charged.    The record discloses that the trial proceeded in regular order and the defendant was convicted.

Upon a careful inspection of the entire record, we find no error and the judgment of the trial court will be affirmed.    All concur.